## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Erica Evans-Collins, | ) | Bankruptcy No. 11 B 27214 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

### NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on __July 25, 2013 at 10:30 a.m.__ in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Andrew J Maxwell, Esq., is to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: Erica Evans-Collins
Bankruptcy No. 11 B 27214

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_Deborah Smith_
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
Andrew J Maxwell
maxwelllawchicago@yahoo.com

*Debtor's Attorney*
Lorraine Ashby
lashby7@att.net

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*
Erica Evans-Collins
6501 S. Kimbark, Apt. 2S
Chicago, IL 60637