UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
EVANS-COLLINS, ERICA § Case No. 11-27214
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/30/2014 in Courtroom 682,

          United States Courthouse
          219 South Dearborn Street
          Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/25/2014    By: /s/ Andrew J. Maxwell
                                                                      Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
EVANS-COLLINS, ERICA § Case No. 11-27214
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 85,000.00 |
| and approved disbursements of | $ | 32,526.08 |
| leaving a balance on hand of[1] | $ | 52,473.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 6,040.57 | $ 0.00 | $ 6,040.57 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 9,297.50 | $ 0.00 | $ 9,297.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 58.10 | $ 0.00 | $ 58.10 |
| Charges: CLERK OF US BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: ROBERT D KREISMAN | $ 28,333.33 | $ 28,333.33 | $ 0.00 |
| Other: ROBERT D KREISMAN | $ 4,069.59 | $ 4,069.59 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 15,656.17 |
| Remaining Balance | | | $ 36,817.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 142.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery V, LLC | $ 142.93 | $ 0.00 | $ 142.93 |
| | Total to be paid to timely general unsecured creditors | | $ | 142.93 |
| | Remaining Balance | | $ | 36,674.82 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,440.97 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | FORD MOTOR CREDIT COMPANY LLC | $ 7,440.97 | $ 0.00 | $ 7,440.97 |
| | Total to be paid to tardy general unsecured creditors | | $ | 7,440.97 |

    Remaining Balance      $    29,233.85

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 45.25 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,188.60 .

    Prepared By: /s/Andrew J. Maxwell
    Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-27214-JBS
Erica Evans-Collins                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt          Page 1 of 1          Date Rcvd: Dec 03, 2014
                              Form ID: pdf006        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2014.
```
db         +Erica Evans-Collins,   1700 E 56th,   #2407,   Chicago, IL 60637-5089
17488517   +Bank of America (home loans),   475 Cross Point Pkwy,   Getzville, NY 14068-1609
17488518   +Bronzeville Nursing Home,   3400 S. Indiana,   Chicago, IL 60616-3841
17488519   +Bronzeville Nursing Home/Renaissanc,   c/o Barbara Demo, Attorney at Law,   4746 N. Milwaukee,
             Chicago, IL 60630-3629
21758769   +FORD MOTOR CREDIT COMPANY LLC,   c/o Freedman Anselmo Lindberg LLC,   P.O Box 3216,
             Naperville, IL 60566-7216
17488520   +Ford Motor Credit,   c/o Freedman Anselmo, Attys at Law,   1807 W. Diehl Rd.,Suite 333,Bx 3228,
             Naperville, IL 60563-1890
17488521    Northwestern Dental Center,   c/o RMS Inc,   P.O. Box 857,   Warrenville, IL 60555-0857
17488522   +Verizon Wireless/Midland Credit,   8875 Aero Dr. Ste 2,   San Diego, CA 92123-2251
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21052141      E-mail/PDF: rmscedi@recoverycorp.com Dec 04 2014 00:56:01     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20721979      E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2014 00:55:51     GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605,   Attn: Ramesh Singh
                                                                                             TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2014                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2014 at the address(es) listed below:
```
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com
              Christopher B Lega    on behalf of Plaintiff    Chevy Chase Corp. d/b/a Bronzeville Park Skilled
               Nursing and Living Center clega@jnlegal.net, chrislega@gmail.com
              Cindy M. Johnson    on behalf of Plaintiff    Chevy Chase Corp. d/b/a Bronzeville Park Skilled
               Nursing and Living Center cjohnson@jnlegal.net, KLindsey@jnlegal.net
              Emily Seymore    on behalf of Defendant Erica   Evans-Collins emilyseymore@paulhastings.com,
               toyagarcia@paulhastings.com
              Marc J Carmel    on behalf of Defendant Erica   Evans-Collins marccarmel@paulhastings.com
              Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;cjcapo@maxwellandpotts.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert D Kreisman    on behalf of Trustee Andrew J Maxwell, ESQ bob@robertkreisman.com
                                                                                             TOTAL: 10
```