UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
EVANS-COLLINS, ERICA § Case No. 11-27214
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ERICA EVANS-COLLINS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America (home loans) 475 Cross Point Pkwy Getzville, NY 14068-9000 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| ROBERT D KREISMAN | | | | | |
| ROBERT D KREISMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bronzeville Nursing Home 3400 S. Indiana Chicago, IL 60616 | | | | | |
| | Bronzeville Nursing Home/Renaissanc c/o Barbara Demo, Attorney at Law 4746 N. Milwaukee Chicago, IL 60630 | | | | | |
| | Ford Motor Credit c/o Freedman Anselmo, Attys at Law 1807 W. Diehl Rd.,Suite 333,Bx 3228 Naperville, IL 60566-7228 | | | | | |
| | Northwestern Dental Center c/o RMS Inc P.O. Box 857 Warrenville, IL 60555-0857 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Verizon Wireless/Midland Credit 8875 Aero Dr. Ste 2 San Diego, CA 92123 | | | | | |
| 000001 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| | CAPITAL RECOVERY V, LLC | | | | | |
| | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-27214 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | EVANS-COLLINS, ERICA | | | Date Filed (f) or Converted (c): | 06/30/11 (f) |
| | | | | 341(a) Meeting Date: | 08/03/11 |
| For Period Ending: | 01/19/15 | | | Claims Bar Date: | 09/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. condo at 6501 S. Kimbark | 99,000.00 | 0.00 | | 0.00 | FA |
| 2. checking account at debtor's bank: U of Illinois E | 100.00 | 0.00 | | 0.00 | FA |
| 3. used household goods including used washer/dryer; | 500.00 | 0.00 | | 0.00 | FA |
| 4. wearing apparel for debtor, including normal outer | 800.00 | 0.00 | | 0.00 | FA |
| 5. lawsuit pending against Cook County for wrongful d lawsuit | 15,000.00 | 0.00 | | 0.00 | FA |
| 6. wrongful death case (u) case reopened on petition of trustee to administer interest in wrongful death case | 0.00 | 85,000.00 | | 85,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $115,400.00 | $85,000.00 | | $85,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

case reopened to administer undisclosed tort case

tort case settled and 9019 motion is filed but waiting hearing

after funds received, will begin TFR 10/14

MT Approve Settlement per Rule 9019 scheduled for 5/8/2014

waiting on funds to be deliver to Trustee 9/14; funds received 9/14

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1                                                                                                                                                                 Ver: 18.03b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-27214 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | EVANS-COLLINS, ERICA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8694 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6914 | | | |
| For Period Ending: | 01/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/14 | 6 | RENAISSANCE AT SOUTH SHORE<br>2425 E 71ST<br>CHICAGO IL 60649 | | 1142-000 | 15,618.63 | | 15,618.63 |
| 09/23/14 | 6 | RENAISSANCE AT SOUTH SHORE<br>2425 E 71ST STREET<br>CHICAGO IL 60649 | | 1142-000 | 545.59 | | 16,164.22 |
| 09/23/14 | 6 | NUCARE SERVICES CORP<br>7257 N LINCOLN AVE<br>LINCOLNWOOD IL 60712 | | 1142-000 | 68,835.78 | | 85,000.00 |
| 10/07/14 | 010001 | ROBERT D KREISMAN<br>KREISMAN LAW OFFICES<br>55 W MONROE<br>SUITE 3700<br>CHICAGO IL 60603 | Trustee Special Counsel Fees<br>c/o 5/8/2014 | 3210-600 | | 28,333.33 | 56,666.67 |
| 10/07/14 | 010002 | ROBERT D KREISMAN<br>KREISMAN LAW OFFICES<br>55 W MONROE ST<br>SUITE 3700<br>CHICAGO IL 60603 | Trustee Special Counsel Expenses<br>c/o 5/8/2014 | 3220-610 | | 4,069.59 | 52,597.08 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.60 | 52,564.48 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 90.56 | 52,473.92 |
| 12/30/14 | 010003 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o12/30/2014 | 2100-000 | | 6,040.57 | 46,433.35 |
| 12/30/14 | 010004 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Atty Fees and Expenses<br>c/o 12/30/2014 | | | 9,355.60 | 37,077.75 |

Page Subtotals  85,000.00  47,922.25

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-27214 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | EVANS-COLLINS, ERICA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8694  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6914 | | |
| For Period Ending: | 01/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | Fees | 9,297.50 | 3110-000 | | | |
| | | | Expenses | 58.10 | 3120-000 | | | |
| 12/30/14 | 010005 | CLERK OF US BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS 219 S. DEARBORN CHICAGO IL 60604 | Court Cost- Reopen Fee | | 2700-000 | | 260.00 | 36,817.75 |
| 12/30/14 | 010006 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | (Claim # 1,  Interim Distribution Final Payment + Interest | | | | 143.78 | 36,673.97 |
| | | | Claim | 142.93 | 7100-000 | | | |
| | | | Interest | 0.85 | 7990-000 | | | |
| 12/30/14 | 010007 | FORD MOTOR CREDIT COMPANY LLC c/o Freedman Anselmo Lindberg LLC P.O Box 3216 Naperville, IL 60566-9713 | (Claim # 2,  Interim Distribution Final Payment + Interest | | | | 7,485.37 | 29,188.60 |
| | | | Claim | 7,440.97 | 7200-000 | | | |
| | | | Interest | 44.40 | 7990-000 | | | |
| 12/30/14 | 010008 | ERICA EVANS-COLLINS 1700 E 56th #2407 Chicago, IL 60637 | Surplus Funds paid to Debtor | | 8200-002 | | 29,188.60 | 0.00 |

Page Subtotals     0.00     37,077.75

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2 Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-27214 -JBS |
| Case Name: | EVANS-COLLINS, ERICA |
| Taxpayer ID No: | *******6914 |
| For Period Ending: | 01/19/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8694 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 85,000.00 | 85,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 85,000.00 | 85,000.00 | |
| | | | Less: Payments to Debtors | | | 29,188.60 | |
| | | | Net | | 85,000.00 | 55,811.40 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8694 | 85,000.00 | 55,811.40 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 85,000.00 | 55,811.40 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*